UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60898-CIV-DIMITROULEAS

UNITED STATE OF AMERICA,

                                            Magistrate Judge Rosenbaum

    Plaintiff,

vs.

DAVID J. LEDOUX,

    Defendant.
_____/

### FINAL ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND ORDER CANCELLING ORDER TO SHOW CAUSE HEARING

THIS CAUSE is before the Court upon Plaintiff's Motion to Dismiss Without Prejudice [DE 4]. The Court will construe this Motion as the Plaintiff's Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). The Court has carefully reviewed the Notice, notes that the Respondent has not yet filed an Answer or Motion for Summary Judgment, and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff's Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) [DE 4] is hereby **APPROVED**;

2. The above-styled case is hereby **DISMISSED without prejudice**;

3. The Order to Show Cause Hearing currently scheduled for August 14, 2008 at 10:00 AM at the United States Courthouse, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida, is hereby **CANCELLED**;

4. The clerk shall close this case;

5. All pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of July, 2007

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Zisserson, Esq.

David J. Ledoux
3114 W. Buena Vista Drive
Margate, FL 33063